

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-15-00216-CR

Marcus A. **COOPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10168
Honorable Steve Hilbig, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 4, 2015.

Patricia O. Alvarez, Justice